STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. EUGENE LAWRENCE KELLOW, PLAINTIFF IN ERROR.

Argued October 21, 1947—Decided January 29, 1948.

For the plaintiff in error, *Edward P. McGlynn*.

For the defendant in error, *Duane E. Minard, Jr., Richard J. Congleton* and *C. William Caruso*.

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Chief Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, WELLS, DILL, FREUND, McLEAN, JJ. 11.

*For reversal*—None.